AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:24-M -00083(1) |
|  | § |
| (1) Osman Abdullahi-Dahir | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 05, 2024** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent, Quezada, Emanuel** and that this complaint is based on the following facts: *"On January 5, 2024, Dahir, OSMAN, Abdullahi, was arrested in Del Rio, Texas, within the Western District of Texas, for attempting to transport three illegal aliens further into the United States. The defendant was stopped by a Texas Department of Public Safety Trooper for a traffic violation. Del Rio Border Patrol Agents responded to assist with the stop and encountered a smuggling case. Border Patrol Agents determined*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Quezada, Emanuel
Signature of Complainant
Quezada, Emanuel
Border Patrol Agent

01/08/2024
File Date

at   DEL RIO, Texas
City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.    Case Number: DR:24-M -00083(1)

(1) Osman Abdullahi-Dahir

**Continuation of Statement of Facts:**

the three subjects in the defendant's vehicle are citizens of Mexico and were not in possession of any immigration documents that would allow them to be in the U.S. legally. In a post Miranda interview, the defendant admitted to conspiring with other subjects, to pick up the illegal aliens near Del Rio, Texas and intended to transport the subjects further into the U.S. The defendant admitted he knew the people he picked up were in the U.S. illegally and stated he coordinated someone on WhatsApp named "Scarface 2" who was going to pay him a total of $3,000 dollars."

_____  
Signature of Judicial Officer

/s/ Quezada, Emanuel  
_____  
Signature of Complainant